Certificate Number: 17082-MSN-DE-041456132

Bankruptcy Case Number: 26-13373

17082-MSN-DE-041456132

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 16, 2026, at 1:43 o'clock PM MST, JAMES L DRAKE completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Mississippi.

Date: September 17, 2026

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director